UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CV-233-F

CHRISTOPHER LAMACK; WILLIAM OBEID; )
DANTE MASSARO; and ATIT JARIWALA, )
        Plaintiffs, )
         )
v. )    ORDER
         )
GE BUSINESS FINANCIAL SERVICES, INC., )
        Defendant. )

The Clerk of Court is DIRECTED to re-assign this case to a different district court judge.

SO ORDERED.

This, the 12th day of July, 2010.

                                    JAMES C. FOX
                                    Senior United States District Judge