IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-233-FL

| | |
|---|---|
| CHRISTOPHER LAMACK, WILLIAM OBEID, DANTE MASSARO, AND ATIT JARIWALA,<br><br>Plaintiffs,<br><br>vs.<br><br>GE BUSINESS FINANCIAL SERVICES INC.,<br><br>Defendant. | ORDER FOR STAY |

Plaintiffs Christopher LaMack, William Obeid, Dante Massaro, and Atit Jariwala and Defendant GE Business Financial Services Inc. ("GEBFS"), having jointly moved this Court for an order staying this matter, it is hereby ORDERED that this matter is stayed until the earlier of September 23, 2010, or 10 days from the filing and service on Plaintiffs' counsel by email, facsimile or overnight mail of a notice of withdrawal of consent to stay by GEBFS.

IT IS SO ORDERED, this 14th day of July, 2010.

_____
Louise W. Flanagan
US District Judge